IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PA Builders Assoc. Benefits Trust, et al., | : | **CIVIL ACTION NO. 1:CV-07-561** |
| Plaintiffs | : | |
| v. | : | (Chief Judge Kane) |
| Capital BlueCross, | : | |
| Defendants | : | |

## **ORDER**

**AND NOW**, this 1st day of August, 2007, **IT IS HEREBY ORDERED THAT** this case is **STAYED** pending disposition of the Motion to Dismiss. The Court will hold a telephone conference on October 31, 2007 at 9:30 a.m. to discuss case management deadlines if necessary. Plaintiff's counsel shall initiate the call. The telephone number of the court for purposes of the conference is 717-221-3990.

                                                    S/ Yvette Kane
                                                    Yvette Kane
                                                    Chief United States District Judge